UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-M-208

FILED
SEP 17 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
)  ORDER ALLOWING DISMISSAL OF
v. )  CRIMINAL INFORMATION AND
)  WITHDRAWAL OF ARREST WARRANT
MELISSA R. CHARETTE )

Leave of court is granted for the filing of the foregoing dismissal.

9-17-2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE